684

No. 112.   MAUK *v.* UNITED STATES.   October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Calvin S. Mauk* for petitioner.   No appearance for the United States.

No. 149.   POROBILO ET AL. *v.* TALIANCICH ET AL.   October 11, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. M. A. Grace* for petitioners.   No appearance for respondents.

No. 158.   IHLE, TRUSTEE, *v.* BARBE.   October 11, 1937. Petition for writ of certiorari to the First Circuit Court of Appeals of Louisiana, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. A. J. Ihle, pro se.*

No. 169.   DORN *v.* INDUSTRIAL ACCIDENT COMM'N. October 11, 1937.   Petition for writ of certiorari to the District Court of Appeal, 4th Appellate District, of California, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Pascal Dorn, pro se.   Mr. Everett A. Corten* for respondent.

No. 179.   STEWART ET AL. *v.* WALL, ADMINISTRATOR, ET AL.   October 11, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Bernie Ray Stewart* for petitioners.   No appearance for respondents.